DURR DRUG CO. v. C. D. DAVIS.

154 So. 147.

Opinion Filed April 16, 1934.

*James N. Daniel,* for Appellant;

*Clyde E. Mayhall,* for Appellee.

PER CURIAM.—Bill of complaint was filed by judgment creditor seeking to have a mortgage on a stock of merchandise declared void as a lien on such stock of merchandise after foreclosure of the mortgage and sale of the stock of merchandise under foreclosure decree.

Bill of complaint dismissed. No error.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.